# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
General Atomics Aeronautical Systems, Inc. )    ASBCA No. 57780
)
Under Contract No. 000000-00-0-0000 )

APPEARANCE FOR THE APPELLANT:    John E. Jensen, Esq.
    Pillsbury Winthrop Shaw Pittman LLP
    McLean, VA

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Carol L. Matsunaga, Esq.
    Senior Trial Attorney
    Srikanti Schaffner, Esq.
    Trial Attorney
    Defense Contract Management Agency
    Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 April 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57780, Appeal of General Atomics Aeronautical Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals